SNAITH *v.* SMITH.

APPEAL from judgment rendered by the trial judge on trial without a jury.

*Shepard & Prentiss,* for defendant (appellant).

*Wilmot & Gage,* for plaintiff (respondent).

EHRLICH, Ch. J. This action is to foreclose a mechanic's lien, under a building contract, which by its terms makes the architect's certificate conclusive evidence of the builder's right to the final judgment.

The architect gave the required certificate, and there was no evidence offered to vitiate or destroy the effect which the contract provided it was to receive, so that by the terms of the contract, and according to the unbroken line of authorities in this state, the plaintiff's right to recover was clearly established.

We find no error in the rulings, and the judgment appealed from must be affirmed, with costs.

McCARTHY, J., concurs.
Judgment affirmed, with costs.

---

CAMPBELL *v.* JIMENES et al.

*William F. Randel,* for plaintiff (respondent).

*Tracy, Boardman & Platt,* for defendants (appellants).

NEWBURGER, J. Our appellate court having held (*Campbell* v. *Jimenes,* 3 Misc. Rep. 144) that the terms of the contract between plaintiff and defendant were ambiguous, and that the meaning of the instrument can only be determined by a jury, the trial justice, therefore, properly denied the defendants' motion to dismiss.

There appears to be no other exception in the case of merit, and judgment must, therefore, be affirmed, with costs.

EHRLICH, Ch. J., concurs.
Judgment affirmed, with costs.